UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NATIONAL CITY BANK,**

**Plaintiff/Counter-Defendant,**          CIVIL ACTION NO.  07-CV-12438-DT

   VS.                                    **DISTRICT JUDGE GEORGE CARAM STEEH**

**SYATT REALTY GROUP,**          **MAGISTRATE JUDGE MONA K. MAJZOUB**
**INC., et al.,**
              **Defendants.**
**and**

**GLEN WRIGHT,**

              **Counter-Plaintiff,**
              **Cross-Plaintiff,**

   **VS.**

**SYATT REALTY GROUP, INC.,**
**et al.,**
_____/


ORDER CANCELLING PRETRIAL CONFERENCE SET FOR AUGUST 24, 2009


        On August 11, 2009, this Court entered an Order cancelling the trial date in this action of

August 31, 2009.  (Docket no. 86).  That Order also modified the discovery cut-off date and the

dispositive motions due date.  (*Id*.).  There is also a final pretrial conference set for August 24, 2009.

(Docket no. 59).  That conference is also cancelled, and the parties will be advised of a new date for

that conference.

        **IT IS THEREFORE ORDERED** that the final pretrial conference in this action set for

August 24, 2009 be **CANCELLED**.

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this

Order within which to file any written appeal to the District Judge as may be permissible under 28

U.S.C. 636(b)(1).


Dated:___8/18/09_____          s/Mona K . Majzoub_____
                                                MONA K. MAJZOUB
                                                UNITED STATES MAGISTRATE JUDGE