UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,

        Plaintiff/Counter-Defendant,

vs.

Case No. 07-CV-12438

HON. GEORGE CARAM STEEH

SYATT REALTY GROUP, INC.;
FAIRFIELD & BANKS REAL ESTATE
GROUP; LLC, FAIRFIELD & BANKS
FUND MANAGER, LLC; LISA WRIGHT;
GLEN WRIGHT; and DELBERT SAULTER,

        Defendants,
and

GLEN WRIGHT,

        Counter-Plaintiff,
and

GLEN WRIGHT,

        Cross-Plaintiff,

vs.

SYATT REALTY GROUP, INC.; FAIRFIELD &
BANKS REAL ESTATE GROUP, LLC.; LISA
WRIGHT; and DELBERT SAULTER,

        Cross-Defendants.

_____/

ORDER GRANTING THIRTY DAY EXTENSION
OF TIME FOR GLEN WRIGHT TO OBTAIN COUNSEL

Glen Wright filed a request for enlargement of time within which to obtain replacement counsel. The court had given Mr. Wright until May 17, 2010 to have substitute counsel file an appearance, and Mr. Wright seeks an additional sixty days.

Plaintiff National City Bank objects to Mr. Wright's request for an extension and wishes to proceed with a default judgment against Mr. Wright. The court has considered the matter, and grants the following partial relief to Mr. Wright.

IT IS HEREBY ORDERED that Mr. Wright's request for enlargement of time to secure new counsel is GRANTED in part. Mr. Wright shall have until June 17, 2010 to secure new counsel, who shall file an appearance with the court on or before that date.

It is so ordered.

Dated: May 20, 2010

          S/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 20, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk