UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,

    Plaintiff/Counter-Defendant,

vs.

Case No. 07-CV-12438

HON. GEORGE CARAM STEEH

SYATT REALTY GROUP, INC.;
FAIRFIELD & BANKS REAL ESTATE
GROUP; LLC, FAIRFIELD & BANKS
FUND MANAGER, LLC; LISA WRIGHT;
GLEN WRIGHT; and DELBERT SAULTER,

    Defendants,

and

GLEN WRIGHT,

    Counter-Plaintiff,

and

GLEN WRIGHT,

    Cross-Plaintiff,

vs.

SYATT REALTY GROUP, INC.; FAIRFIELD &
BANKS REAL ESTATE GROUP, LLC.; LISA
WRIGHT; and DELBERT SAULTER,

    Cross-Defendants.

_____/

## ORDER FOR ADMINISTRATIVE CLOSING AS TO
## LISA WRIGHT AND DELBERT SAULTER ONLY DUE TO BANKRUPTCY STAY

    IT IS HEREBY ORDERED that this case is closed, as to defendants and cross-defendants Lisa Wright and Delbert Saulter only, for administrative purposes

without prejudice. This closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated: July 30, 2010

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 30, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk