UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,

       Plaintiff/Counter-Defendant,

vs.

Case No. 07-CV-12438

HON. GEORGE CARAM STEEH

SYATT REALTY GROUP, INC.;
FAIRFIELD & BANKS REAL ESTATE
GROUP; LLC, FAIRFIELD & BANKS
FUND MANAGER, LLC; LISA WRIGHT;
GLEN WRIGHT; and DELBERT SAULTER,

       Defendants,
and

GLEN WRIGHT,

       Counter-Plaintiff,
and

GLEN WRIGHT,

       Cross-Plaintiff,

vs.

SYATT REALTY GROUP, INC.; FAIRFIELD &
BANKS REAL ESTATE GROUP, LLC.; LISA
WRIGHT; and DELBERT SAULTER,

       Cross-Defendants.

_____/

## J U D G M E N T

      The above entitled matter has come before the court on plaintiff/counter-defendant's motion for summary judgment and motion to dismiss counterclaims, and in accordance with the court's order granting the motions entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff/counter-defendant.

          DAVID J. WEAVER
          CLERK OF THE COURT

          BY: s/Josephine Chaffee
              DEPUTY COURT CLERK

Dated: January 3, 2011