UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL CITY BANK,

    Plaintiff/Counter-Defendant,

vs.

    Case No. 07-CV-12438

    HON. GEORGE CARAM STEEH

SYATT REALTY GROUP, INC.;
FAIRFIELD & BANKS REAL ESTATE
GROUP; LLC, FAIRFIELD & BANKS
FUND MANAGER, LLC; LISA WRIGHT;
GLEN WRIGHT; and DELBERT SAULTER,

    Defendants,
and

GLEN WRIGHT,

    Counter-Plaintiff,
and

GLEN WRIGHT,

    Cross-Plaintiff,

vs.

SYATT REALTY GROUP, INC.; FAIRFIELD &
BANKS REAL ESTATE GROUP, LLC.; LISA
WRIGHT; and DELBERT SAULTER,

    Cross-Defendants.

_____/

ORDER PARTIALLY RESOLVING PLAINTIFF'S
MOTIONS TO AMEND JUDGMENT AND FOR DEFAULT JUDGMENT [157, 158]

    The parties appeared before the court on April 27, 2011 to continue the hearing on plaintiff's motions to modify or amend judgment *nunc pro tunc* as to defendant Mr.

Wright and for entry of default judgment against the corporate defendants. For the reasons stated on the record, the court orders as follows:

A judgment for attorney fees in the amount of $108,000.00 shall be entered against Mr. Wright.

Mr. Wright's counsel has fourteen (14) days from the date of this order to file a responsive pleading on the issue of the interest calculation. Further responsive pleadings and a hearing will only be permitted if deemed necessary by, and ordered by, the court.

It is so ordered.

Dated: April 27, 2011

                                           S/George Caram Steeh
                                           GEORGE CARAM STEEH
                                           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys/parties of record on
April 27, 2011, by electronic and/or ordinary mail and also to Glen Wright at 505 E. 6th Street Unit 801, Charlotte, NC 28202.

S/Marcia Beauchemin
Deputy Clerk